```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
_____
                                    )
Michael Rae,                        )
                                    )
                Plaintiff,          )
                                    )
v.                                  )      Civil Action No.
                                    )      19-11044-PBS
                                    )
Commonwealth of Massachusetts       )
MBTA, et al,                        )
                                    )
                Defendants.         )
                                    )
                                    )
_____)
```

**JUDGMENT**

Saris, D.J.

In accordance with the Court's Memorandum and Order dated, April 22, 2021 (Dkt. No. 57), allowing with the Motions for Summary Judgment, it is hereby ORDERED that Judgment is entered in favor of the defendants.

4/22/2021                                          By the Court,
Date

                                                   /s/ Casey Baker
                                                   Deputy Clerk